A CERTIFIED TRUE COPY

OCT 25 2005

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 10-31-05
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT -7 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

1:05cv278 ; 1:05cv284; 1:05cv296; 1:05cv297

(SEE ATTACHED SCHEDULE)

FILED
ASHEVILLE, N.C.
NOV - 4 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

## CONDITIONAL TRANSFER ORDER (CTO-253)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,013 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 25 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 05-750 | David Thomas Lambeth, Jr., et al. v. Airco, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 05-278 | Loris D. Moree v. A.W. Chesterton, Inc., et al. |
| NCW 1 05-284 | James R. Scott, et al. v. A.W. Chesteron, Inc., et al. |
| NCW 1 05-296 | F. Kenneth Terry, II, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 05-297 | David Allen Mathis, et al. v. Aqua-Chem, Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 05-3564 | Catherine G. O'Leary v. A.W. Chesterton Co., et al. |
| NYE 1 05-3821 | Verlene Broughton, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 05-4061 | Thomas L. Armijo, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 05-4122 | Kimberly Clark, etc. v. A.W. Chesterton Co., et al. |
| **SOUTH CAROLINA** | |
| SC 2 05-2592 | James Leroy Cooper v. Aqua-Chem, Inc., et al. |
| SC 2 05-2593 | Robert C. Loveland, et al. v. Aqua-Chem, Inc., et al. |
| **TEXAS SOUTHERN** | |
| ~~TXS 4 05-1251~~ | ~~Kimberly Dutton, etc. v. General Electric Co., et al.~~ Opposed 10/18/05 |
| **WASHINGTON WESTERN** | |
| ~~WAW 2 05-1241~~ | ~~Steven McAboy, etc. v. IMO Industries, Inc., et al.~~ Opposed 10/21/05 |